**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ Second _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Tracy L. Jones     JOINT DEBTOR: _____     CASE NO.: 18-14389-LMI

SS#: xxx-xx- 4748                          SS#: xxx-xx-_____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ■ Included | ☐ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,946.45 for months 1 to 17 ;
2. $2,764.58 for months 18 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE   ☐ PRO BONO

| Total Fees: | $6205.00 | Total Paid: | $1059.00 | Balance Due: | $5146.00 |
|---|---|---|---|---|---|
| Payable | $261.53 | /month (Months 1 to 17 ) | | | |
| Payable | $350.00 | /month (Months 18 to 19 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 case, $150.00 costs, $775.00 motion value real estate, $525.00 motion avoid judicial lien, $20.00 title report, $35.00 credit report, $1,200.00 supplement fee application for motion modify plan

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: JPMorgan Chase Bank, N.A.

   Address: as servicer for
   Citibank, N.A.
   Mail Code: OH4-7142
   3415 Vision Dr.
   Columbus, OH 43219

   | | |
   |---|---|
   | Arrearage/ Payoff on Petition Date | $39,644.46 |
   | Arrears Payment (Cure) | $446.75 /month (Months 1 to 17 ) |
   | Arrears Payment (Cure) | $472.66 /month (Months 18 to 19 ) |
   | Arrears Payment (Cure) | $758.65 /month (Months 20 to 60 ) |

   Last 4 Digits of _____

LF-31 (rev. 10/3/17)                                      Page 1 of 4

| | | | |
|---|---|---|---|
| Account No.: 7739 | Regular Payment (Maintain) | $981.12 | /month (Months 1 to 17 ) |
| | Regular Payment (Maintain) | $1,389.27 | /month (Months 18 to 60 ) |

Other: Regular Payments - 17 mos. at $1,110.94/mo., 5 mos. at $1,271.43/mo., & 38 mos. at $1,346.70 for a total of $76,417.73

■ Real Property

   ■ Principal Residence

   ☐ Other Real Property

Check one below for Real Property:

   ■ Escrow is included in the regular payments

   ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
17454 SW 108th Ct., Miami, FL 33157

☐ Personal Property/Vehicle

Description of Collateral:

---

**2. Creditor:** Santander Consumer USA, Inc.

Address: PO Box 560284
Dallas, TX 75365

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $12,664.50 ($14,690.42 incl. 6% interest) | |
| Payoff (Including 6.0% monthly interest) | $165.55 | /month (Months 1 to 17 ) |
| Payoff (Including 6.0% monthly interest) | $276.19 | /month (Months 18 to 60 ) |

Last 4 Digits of Account No.: 8388

Other:

☐ Real Property

   ☐ Principal Residence

   ☐ Other Real Property

Check one below for Real Property:

   ☐ Escrow is included in the regular payments

   ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: 2016 Chevrolet Sonic

---

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☐ NONE

**1. Creditor:** Florida Housing Finance Corporation

Address: 227 North Bronough St., Suite 5000
Tallahassee, FL 32301-1329

Last 4 Digits of Account No.: 3493

Real Property

   ■ Principal Residence

   ☐ Other Real Property

Address of Collateral:
17454 SW 108th Ct., Miami, FL 33157

| | |
|---|---|
| Value of Collateral: | $217,000.00 |
| Amount of Creditor's Lien: | $0.00 |
| Interest Rate: | |

Check one below:

☐ Escrow is included in the monthly mortgage payment listed in this section

☐ The debtor(s) will pay

   ☐ taxes   ☐ insurance directly

**Payment**

Total paid in plan: $0.00

$0.00 /month (Months ___ to ___ )

**2. VEHICLES(S):** ■ NONE

3. **PERSONAL PROPERTY:** ☒ NONE

C. **LIEN AVOIDANCE**  ☐ NONE

☒ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

| | |
|---|---|
| 1. Creditor: GE Money Bank nka Synchrony Bank | Collateral: 17454 SW 108th Ct., Miami, FL 33157 |
| Address: 170 W. Election Rd., Suite 125 Draper, UT 84020 | Exemption: Art. X, Section 4, Florida Constitution |
| Last 4 Digits of Account No.: 3312 | |

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

B. **INTERNAL REVENUE SERVICE:** ☒ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay $64.01 /month (Months 18 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Tracy L. Jones | | | |

/s/ Jordan E. Bublick                November 4, 2019
Attorney with permission to sign on        Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**