UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

CASE NO. 18-14389-LMI
CHAPTER 13

IN RE:

TRACY L. JONES A/K/A TRACY
JONES A/K/A TRACY L.
BOYNTON,
      Debtor(s)
_____/

## CITIBANK, N.A.'S OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN (DE-78)

**COMES NOW,** Citibank, N.A., its Successors and/or Assigns (hereinafter "Secured Creditor"), by and through its undersigned attorney, as and for its *Objection to Confirmation of Debtor's Second Modified Chapter 13 Plan* (Docket No. 78), states as follows:

1. Secured Creditor holds a first mortgage on the real property owned by the Debtor and located at **17454 SW 108th Court, Miami, FL 33157**, by virtue of a Mortgage which is recorded in the Public Records of Miami-Dade County, Florida.

2. Secured Creditor's *Proof of Claim # 7* shows petition arrearage of **$39,644.46**, and a total secured claim of **$288,512.93** (the "Claim").

3. Secured Creditor filed a *Notice of Mortgage Payment Change* on June 7, 2019, indicating that the post-petition contractual payment was increasing to $1,274.43 effective July 1, 2019; and a *Notice of Mortgage Payment Change* on November 4, 2019 indicating that the contractual payment was increasing to $1,346.70 effective December 2, 2019 (collectively, the "Payment Change Notices").

4. The *Second Modified Chapter 13 Plan* (Docket No. 78) (the "Plan") proposed by the Debtor on November 4, 2019 pays Secured Creditor pursuant to the Claim.

5. However, the Plan fails to accurately account for the Payment Change Notices.



6. Pursuant to the Claim and the Payment Change Notices, Secured Creditor is to receive $77,125.01 in post-petition contractual payments over the sixty (60) month Plan term. However, the payment stream proposed by the Plan accrues to only $76,417.65 over 60 months. This leaves a deficiency of $707.36.

7. Accordingly, Secured Creditor contends that the Plan is not in compliance with the requirements of 11 U.S.C. §1322(b)(3) and §1325(a)(5) and cannot be confirmed.

8. Secured Creditor objects to any Plan that fails to pay the Claim and the Payment Change Notices.

**WHEREFORE**, Secured Creditor respectfully requests that the Court enters an Order denying confirmation of the Debtor(s)' proposed Plan unless such Plan is amended to overcome the objections of Secured Creditor as stated herein, or, in the alternative, for dismissal of the case pursuant to of 11 U.S.C. §1307 (c)(5), and for such other and further relief as to the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

Dated this  14  day of November, 2019.

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By:_____
☒ Marc G. Granger , Esq., Fla. Bar No.: 146870
☐ Taji Foreman, Esq., Fla. Bar No.: 58606

15-02896 JPC
V5.20170824

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed and/or mailed to all parties listed below this ___14___ day of ___November___, 2019.

Tracy L. Jones
17454 SW 108th Ct
Miami, Florida 33157

Jordan E. Bublick, Esq.
Attorney for Debtor
PO Box 545941
Miami, Florida 33154

Nancy K. Neidich, Trustee
PO Box 279806
Miramar, Florida 33027

U.S. Trustee
Office of the US Trustee
51 SW 1 Avenue, Suite 1204
Miami, Florida  33130

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone:  (954) 382-3486
Telefacsimile: (954) 382-5380

By:_____
☒ Marc G. Granger , Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☐ Taji Foreman, Esq., Fla. Bar No.: 58606

15-02896 JPC
V5.20170824

